**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1687**

KENNETH A. GREENE,

        Plaintiff – Appellant,

    v.

RICHARD D. BENNETT, U.S. District Judge; DAVID E. RICE,
Bankruptcy Judge,

        Defendants- Appellees.

Appeal from the United States District Court for the District of
Maryland at Baltimore.  Catherine C. Blake, Chief District
Judge.  (1:15-cv-00918-CCB)

Submitted:  December 17, 2015      Decided:  December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth A. Greene, Appellant Pro Se.  Roann Nichols, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth A. Greene appeals the district court's order dismissing his civil complaint against the Honorable Richard D. Bennett, United States District Judge, and the Honorable David E. Rice, United States Bankruptcy Judge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Greene v. Bennett, No. 1:15-cv-00918-CCB (D. Md. May 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED